On petition for review filed February 23, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration August 29, 1996

Janice M. MEARS,
*Petitioner on Review,*

*v.*

William R. MARSHALL, M.D.
and Collagen Corporation,
*Respondents on Review.*

(CC 9307-04839; CA A85078; SC S43073)

921 P2d 966

Maureen Leonard and Kathryn J. Clarke, Portland, filed the petition for petitioner on review.

Eric J. Neiman, of Tooze Shenker Duden Creamer Frank & Hutchison, Portland, and Joe W. Redden, Jr., of Beck, Redden & Secrest, Houston, filed a response for respondent on review Collagen Corporation.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for reconsideration in the light of the decision of the United States Supreme Court in *Medtronic, Inc. v. Lohr*, 518 US ____ , 116 S Ct 2240, 135 L Ed 2d 700 (1996).

** Unis, J., retired June 30, 1996, and did not participate in this decision.